**EFiled:  Apr 18 2024 03:58PM EDT**
**Filing ID 72780504**
**Case Number 329,2023**

IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| RICHARD WINTERRINGER, | § | |
| | § | No.  329, 2023 |
| Defendant Below, | § | |
| Appellant, | § | Court Below:  Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID. No.  2110008800 (N) |
| STATE OF DELAWARE, | § | |
| | § | |
| Appellee. | § | |

Submitted:  April 10, 2024
Decided:    April 18, 2024

Before **SEITZ**, Chief Justice; **VALIHURA**, and **LEGROW**, Justices.

## ORDER

After consideration of the parties' briefs and the record below, we hold that the Superior Court did not commit error when it denied Richard Winterringer's Motion for Judgment of Acquittal.  Accordingly, we affirm on the basis of and for the reasons stated in the Superior Court's bench ruling denying Winterringer's motion.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Abigail M. LeGrow*
Justice